UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

JAMES HINMAN & CAROLYN HINMAN,

Debtors.

HON. JAMES D. GREGG

Case No. 07-03270-JDG

Chapter 7

Scott A. Chernich (P48893)
Chapter 7 Trustee
FOSTER, SWIFT, COLLINS & SMITH P.C.
313 S. Washington Square
Lansing, MI 48933
(517) 371-8100

## TRUSTEE FINAL DISTRIBUTION REPORT

The undersigned Trustee filed this final accounting of monies held in trust in the estate of the above-named Debtors, and certifies that all the assets have been distributed according to orders entered and on file with the Clerk, U.S. Bankruptcy Court. The Trustee hereby submits, as part of this final accounting, copies of the canceled checks in support of such distribution.

Therefore, the Trustee requests that he be discharged as Trustee and that his bond be canceled.

Dated: April 1, 2009

/s/ Scott A. Chernich
Scott A. Chernich, Chapter 7 Trustee

I hereby certify that I have reviewed the Final Distribution Report submitted to our office by the above trustee.

Dated: 4-16-09

By: _____
Office of U.S. Trustee

RECEIVED
2009 APR -3 AM 9:42
OFFICE OF THE
U.S. TRUSTEE
GRAND RAPIDS, MI

CHAPTER 7 FINAL ACCOUNTING REVIEW

| JUDGE | BANKRUPTCY NO. | DEBTOR/DEBTORS | DATE OF REVIEW: Trustee Last Name | First Initial |
|---|---|---|---|---|
| GL | 4610703270 | HINMAN, JAMES & CAROLYN | CHERNICH REVIEWER: | S GUZEK |

## CHAPTER 7 TRUSTEE DISTRIBUTION REPORT

**Analyst/Paralegal Name:**     GUZEK

REGION: 9                                                                    Office : Grand Rapids
DATE: __         25-Jun-08
Case #:            4610703270            **Case Name:** HINMAN, JAMES & CAROLYN
                                                          **Trustee:**      CHERNICH

| | | |
|---|---:|---:|
| **Gross Receipts:** | | $63,683.36 |
| **Trustee Compensation** | $4,833.43 | |
| **Trustee Expenses** | $47.43 | |
| **Total** | | $4,880.86 |
| **Atty. for Trustee Compensation** | $0.00 | |
| **Atty. for Trustee Expenses** | $0.00 | |
| **Total** | | $0.00 |
| **Debtor Atty. Compensation** | $0.00 | |
| **Debtor Atty. Expenses** | $0.00 | |
| **Total** | | $0.00 |
| **Secured Claims** | | $0.00 |
| **Priority Claims** | | $0.00 |
| **Unsecured Claims** | | $35,953.43 |
| **Equity Security Distributions** | | $0.00 |
| **Other Professionals** | | $0.00 |
| **Other Payments (court costs, refunds to debtor, prior chapter costs, misc.)** | | $22,849.07 |
| **Total Disbursements** | | $63,683.36 |